UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        CRIMINAL NO. 09-mj-30142

ALEXIS CATHERINE MAY,

        Defendant.
_____/

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT

    Upon motion of the United States Attorney with notice to counsel for the defendants, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that leave to dismiss the complaint against ALEXIS CATHERINE MAY, defendant herein, be and is granted; and

    IT IS FURTHER ORDERED that the complaint against defendant herein, be and is dismissed without prejudice and that the appearance bond issued thereunder is canceled.

                                                                                     HONORABLE R. STEVEN WHALEN

                                                                                    **United States Magistrate Judge**

Entered: 4/20/09